427 A.2d 248

Commonwealth v. Eskeridge, Appellant.

Argued March 17, 1980. Daniel M. Preminger, for appellant; Cynthia Severinson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

427 A.2d 249

Commonwealth v. Fuller, Appellant.

Submitted March 21, 1980. Robert T. Gownley, Jr., Assistant Public Defender, for appellant; Ernest D. Preate, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.